Benjamin BRADLEY *v.* STATE of Arkansas

648 S.W.2d 796

Supreme Court of Arkansas
Opinion delivered April 11, 1983

*Atchley, Russell, Waldrop & Hlavinka,* by: *Alan Harrel,* for appellant.

*Steve Clark,* Atty. Gen., by: *Alice Ann Burns,* Asst. Atty. Gen., for appellee.

PER CURIAM. The appellant's attorney, Allan Harrel, has filed a motion for a Rule on the Clerk. In the motion he admits that it was his fault that the record was tendered late. The attorney for the appellant miscalculated the date the record was due to be filed.

Pursuant to our per curiam concerning belated appeals in criminal cases, 265 Ark. 964 (1979), the Rule on the Clerk is granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.